IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-392 |
| ) | |
| ALEXANDRO MUNIZ-GALINDO, ) | |
| Defendant. ) | |

ORDER

AND NOW, this 30th day of December, 2008, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered December 15, 2008, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Wednesday, January 7, 2009 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster            ,J.
The Honorable Gary L. Lancaster,
United States District Judge

cc: Gregory J. Nescott
    Assistant United States Attorney

   Linda E.J. Cohn,
   Assistant Federal Public Defender

   Ana Lahr,
   Court Interpreter

   U.S. Marshal

   U.S. Pretrial Services

   U.S. Probation